UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KENDY MATOS,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

---

No. 13-CV-5062 (KMK) (LMS)

ORDER ADOPTING R&R

KENNETH M. KARAS, District Judge:

On May 5, 2017, Magistrate Judge Smith entered a Report & Recommendation (the "R&R") recommending that this Court deny the Commissioner's Motion for Judgment on the Pleadings, grant Plaintiff's Cross-Motion for Judgment on the Pleadings, and remand the case to the Social Security Administration for further proceedings. (R&R 44 (Dkt. No. 33).) In the R&R, Judge Smith provided notice that objections to the R&R were due within 14 days and that failure to object would preclude later appellate review of any order of judgment that will be entered. (*Id.*) No objections were filed.

Because no objections have been filed, the Court reviews the R&R "only for clear error on the face of the record." *See Brennan v. Colvin*, No. 13-CV-6338, 2015 WL 1402204, at *1 (S.D.N.Y. Mar. 25, 2015) (internal quotation marks omitted); *see also Iannolo v. Astrue*, No. 10-CV-7602, 2012 WL 523619, at *1 (S.D.N.Y. Feb. 16, 2012) (same). Having reviewed the R&R for clear error and finding none, the Court adopts the R&R in its entirety.

Accordingly, it is hereby:

ORDERED that the Commissioner's Motion is denied, Plaintiff's Motion is granted, and the case is remanded to the Social Security Administration for further proceedings. The Clerk of Court is respectfully requested to terminate the pending Motions, (Dkt. Nos. 24, 26), and close this case.

SO ORDERED.

Dated: May 30, 2017
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE